UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - ORLANDO DIVISION

In re:
Jessica A. Pinero,
    Debtor(s).

Case No. 6:09-bk-18475-KSJ
Chapter 7 Case

### ORDER LIFTING THE AUTOMATIC STAY
### IN FAVOR OF US BANK, N.A.
*[nunc pro tunc* to *December 2, 2009]*

**THIS CASE** came before the Court on the Motion for Relief from the Automatic Stay (Docket #26) filed by US Bank N.A., its Successors and/or Assigns ("Secured Creditor") and there being no objections to the entry of this Order, and the Court being otherwise more fully advised in the premises, it is:

**ORDERED**:

1. Secured Creditor's Motion for Relief from the Automatic Stay is Granted.

2. The automatic stay imposed by 11 U.S.C. § 362 is lifted *nunc pro tunc* to December 2, 2009, with respect to real property located at 11327 Brithon Drive, Orlando, Florida 32837, legally described as:

> **LOT 377, SKY LAKE SOUTH UNIT THREE, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 7, PAGE 25 AND 26, OF THE PUBLIC RECORDS OF ORANGE COUNTY, FLORIDA.**

3. This Order lifting the automatic stay is entered for the sole purpose of allowing US Bank N.A., its Successors and/or Assigns to pursue its lawful *in rem* remedies as to the above-described property and said creditor shall neither seek nor obtain an *in personam* judgment against the Debtor(s).

4. Secured Creditor is hereby awarded its attorneys' fees and costs of up to $500.00 which were incurred in filing its Motion for Relief from the Automatic Stay and said fees and costs shall be recoverable as part of the mortgage debt pursuant to the loan documents under the remedies available therein.

5. All communications sent by Secured Creditor in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement or other Loan Workout, may be sent directly to the Debtor.

DONE and ORDERED in Orlando, Florida, this 2nd day of November, 2010

Karen S. Jennemann
United States Bankruptcy Judge

Copies furnished to:

Oscar A. Gomez, Esq., Attorney for US Bank, N.A., Law Offices of David J. Stern, P.A., 900 South Pine Island Road, Suite 400, Plantation, FL 33324-3920

Jessica A. Pinero, 11327 Brithon Drive, Orlando, FL 32837

Emerson C Noble, Trustee, Post Office Box 195008, Winter Springs, FL 32719-5008

U.S. Trustee, United States Trustee - ORL7, 135 W Central Blvd., Suite 620, Orlando, FL 32801

Dean A Reed, Esq., Attorney for the Debtor, Law Office of Dean A Reed PA, 2180 W SR 434 Suite 2150, Longwood, FL 32779

08-92700 (FRB).mfr